## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT CLARK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-199-RLY-TAB |
| | ) | |
| ARLAN JOHNSON, | ) | |
| JEANIE JUSTUS, | ) | |
| | ) | |
| Defendants. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/26/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Robert Clark
DOC# 911215
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN  46914

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com